IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROLAND MARTINEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. _____ |
| | § | |
| WALMART, INC. | § | DEFENDANT DEMANDS A JURY |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Defendant WALMART, INC. ("Walmart"), and files this Notice of Removal, pursuant to 28 U.S.C. §§ 1441 and 1446, removing the above-captioned case from the 155th Judicial District Court, Austin County, Texas, to the United States District Court for the Southern District of Texas, Houston Division.

## I.
## RELEVANT FACTS

1.  Plaintiff, Roland Martinez, claims he had been shopping at Walmart # 437, located at 310 Overcreek Way, Sealy, Texas 77474, when, on January 14, 2023, he slipped on a puddle of water and fell, injuring himself. See Pl.'s Orig. Pet. (Ex. A) at § V. Plaintiff asserts claims of premises liability against Walmart. *See id.* at § VI. Plaintiff's lawsuit expressly alleges that he is seeking monetary relief greater than $1,000,000. *See id.* at § VII.

## II.
## THE PARTIES

2.  Plaintiff Roland Martinez pleaded that he resides in Texas. *See id.* at § II. As such, Plaintiff is a citizen of the State of Texas.

3.  Plaintiff's lawsuit was filed against Walmart, Inc. A corporation is "'a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state

where it has its principal place of business.'" *MidCap Media Fin., L.L.C. v. Pathway Data, Inc.*, 929 F.3d 310, 314 (5th Cir. 2019) (quoting 28 U.S.C. § 1332(c)(1)). Walmart Inc. is a Delaware corporation with its principal place of business in the State of Arkansas. Therefore, Walmart, Inc. is a citizen of the States of Arkansas and Delaware.

4. Thus, the citizenship of the parties as alleged above existed at the time the underlying action was commenced and remains unchanged at the time of removal. This lawsuit is between citizens of different states.

## III.
## BASIS FOR REMOVAL

5. Walmart removes this case to federal court because there is complete diversity of citizenship between the parties and the amount in controversy is greater than $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a).

**A. There is complete diversity of citizenship.**

6. There is complete diversity of citizenship, *see* 28 U.S.C. §§ 1332, 1441, between the Texas Plaintiff and the out-of-state defendant, Walmart, which is a citizen of Delaware and Arkansas.

**B. The amount in controversy requirement is met.**

7. A removing party may establish that the amount in controversy exceeds $75,000 by showing the non-removing party explicitly sought damages over $75,000. *See Gebbia v. Wal-Mart Stores, Inc.*, 233 F.3d 880, 881 (5th Cir. 2000). Here, Plaintiff's lawsuit expressly pled that he seeks monetary relief from his lawsuit of greater than $1,000,000. *See id.* at § VII.

**C. This removal is timely and venue is proper.**

8. This Notice of Removal is being filed within 30 days of service of Plaintiff's lawsuit on Walmart, and within one year of the commencement of this action. It is therefore timely.

Venue is proper in this District under 28 U.S.C. § 1441(a) because the state court where the action is pending is in this District.

**D. Procedural requirements for removal are satisfied**

9.  Upon filing of this Notice of Removal of the cause, Walmart gave written notice of the filing to Plaintiff and his counsel as required by law. A copy of this Notice is also being filed with the Clerk of the Court of the 155th Judicial District Court, Austin County, Texas, where this cause was originally filed. A copy of all processes, pleadings, and orders has been filed separately with this Court pursuant to 28 U.S.C. § 1446(a).

## IV.
## CONCLUSION AND PRAYER

10.  Based on the foregoing, Walmart has established that the amount in controversy exceeds $75,000.00 and that diversity of citizenship exists between the parties in this case. Therefore, removal is proper and timely in this case.

Respectfully submitted,

**BUSH & RAMIREZ, PLLC**

 /s/ *John A. Ramirez*
John A. Ramirez
State Bar No. 00798450
Federal ID No. 21280
5615 Kirby Drive, Suite 900
Houston, Texas 77005
Telephone: (713) 626-1555
Facsimile:  (713) 622-8077
jramirez.atty@bushramirez.com

**ATTORNEY FOR DEFENDANT,
WALMART, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing instrument has been sent to all interested counsel of record in accordance with the TEXAS RULES OF CIVIL PROCEDURE on this the 9th day of January, 2025.

Brent Cordell
Smith & Hassler
1225 N Loop W, Suite 525
Houston, Texas 77008

                                                      */s/ John A. Ramirez*
                                                      John A. Ramirez