United States District Court
Southern District of Texas
**ENTERED**
September 18, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROLAND MARTINEZ | § § | |
| VS. | § § | CIVIL ACTION NO.: 4:25-cv-00107 |
| WALMART INC. | § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties request as stated in the Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41 (A)(1)(II), the Court hereby **DISMISSES** this case **WITH PREJUDICE** with costs taxed against the party incurring same.

SIGNED  September 18 , 2025.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

**SMITH & HASSLER**

*/s/Brent M. Cordell-with permission*
Brent M. Cordell
Texas Bar No. 24005953
Federal ID No. 24376
Vanessa C. Botello
Texas Bar No. 24135769
Federal ID No. 3901050
1225 North Loop West, Suite 525
Houston, Texas 77008
E-Service Only
cordell@smithandhassler.com
Tel. (713) 739-1250
Fax (713) 864-7226
**ATTORNEYS FOR PLAINTIFF,
ROLAND MARTINEZ**

**BUSH & RAMIREZ, PLLC**

  */s/ Natalie E. Barden*
John A. Ramirez
State Bar No. 00798450
Federal No. 21280
Natalie E. Barden
State Bar No. 24132020
Federal No. 3852834
5615 Kirby, Suite 900
Houston, Texas 77005
Telephone: (713) 626-1555
Facsimile: (713) 622-8077
jramirez.atty@bushramirez.com
nbarden.atty@bushramirez.com

**ATTORNEY FOR DEFENDANT, WALMART INC.**